UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
)  Case No. 12-04277-dd
Hope Clinic, LLC )
EIN: 57-1134452 )
)
)  Chapter 11
)
)
)
Debtor )

## APPLICATION FOR EMPLOYMENT OF
## CERTIFIED PUBLIC ACCOUNTANT

Elizabeth M. Atkins, attorney for Debtor in the above-captioned estate, would respectfully show the Court as follows:

1. The Debtor has not yet filed its 2011 Individual Tax Returns. An extension has been filed.

2. The Debtor has selected Clyde L. Hiers, CPA to conduct the preparation of the Debtor's tax returns and any other accounting that may be needed to assist debtor in complying with administrative requirements in the Chapter 11 case. Clyde L. Hiers has previously assisted the above-named Debtor in the preparation of tax returns both individually and for related entities. He has no connection with the Trustee, the creditors in this case, and any other known party in interest, their respective attorneys and accountants, any member of the Office of the United States Trustee, nor any person employed by the Office of the United States Trustee.

3. To the best of Applicant's knowledge, the following are all of the certified public accountant's connections with the Trustee, the creditors in this case, any other known party in interest, their respective attorneys and accountants, any member of the Office of the United States Trustee, nor any person employed by the Office of the United States Trustee: None.

4. The Debtor agrees to pay the certified public accountant for preparation of its 2011 individual tax return and assistance with meeting administration requirements in this Chapter 11 case a fee in the amount of approximately $5,150.00 to be billed at an hourly rate of $206.00 per hour plus costs.

5. The Certified Public Accountant is aware of 11 U.S.C. § 330(a) and has agreed, notwithstanding the terms and conditions of employment herein set forth, that the Court may allow compensation different from the compensation provided herein.

WHEREFORE, your Applicant prays that it be authorized to employ Clyde L. Hiers as its Certified Public Accountant at the rate subject to court approval for said CPA as specified above; and for such other and further relief as may be just.

Respectfully submitted

Date: October 24, 2012

\s\ Elizabeth M. Atkins
Elizabeth M. Atkins
Attorney for Debtors
District Court ID # 4436
778 St. Andrews Blvd.
Charleston, SC  29407
(843) 763-0333

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 12-04277-dd |
| Hope Clinic, LLC ) | |
| EIN: 57-1134452 ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtor ) | |

### AFFIDAVIT OF PROPOSED PROFESSIONAL

Clyde L. Hiers, Certified Public Accountant, through the undersigned, hereby makes solemn oath that:

1. I am a licensed certified public accountant under the laws of South Carolina, and do business throughout the lowcountry area of South Carolina;
2. I have extensive experience in the preparation of individual, partnership, and corporate tax returns;
3. I have previously assisted the Debtor in Possession, in the preparation of individual, partnership, and corporate tax returns;
4. I have no connection with the creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, nor any person employed in the Office of the U.S. Trustee; and
5. I meet the definition of a "disinterested person" within the meaning of Sections 101 and 327 of the Bankruptcy Code.

/s/ Clyde L. Hiers
By: Clyde L. Hiers, CPA

SWORN TO AND SUBSCRIBED before me
On this 10th day of September, 2012

/s/
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: April 6, 2015